UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

CAROLYNNE WILLIAMS,

   Plaintiff,

v.

NATIONWIDE CREDIT, INC., AMERICAN EXPRESS
TRAVEL RELATED SERVICES COMPANY, INC.,
AMERICAN EXPRESS CENTURION BANK
CORPORATION and AMERICAN EXPRESS COMPANY,

   Defendants.
_____/

## COMPLAINT
## JURY DEMAND

1.   Plaintiff alleges violation of the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.   This Court has jurisdiction under 28 U.S.C. §1332. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

3.   This Court has diversity jurisdiction. The citizenship of the parties are diverse, Florida, New York, Georgia and Utah. Plaintiff alleges in excess of 50 violations of the TCPA. The TCPA provides for damages of up to $1,500 per

violation. Accordingly, the amount is controversy is in excess of $75,000, and exceeds the threshold amount required to establish diversity jurisdiction.

## PARTIES

4. Plaintiff, CAROLYNNE WILLIAMS, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

5. Defendant, NATIONWIDE CREDIT, INC. ("NATIONWIDE"), is a corporation and citizen of the State of Georgia with its principal place of business at Suite 600, 2002 Summit Boulevard, Atlanta, Georgia 30319.

6. Defendant, AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., is a corporation and citizen of the State of New York with its principal place of business at 200 Vesey Street, Tax Department, New York, New York 10285.

7. Defendant, AMERICAN EXPRESS CENTURION BANK CORPORATION, is a corporation and citizen of the State of Utah with its principal place of business at 4315 South 2700 West, Salt Lake City, Utah 84184.

8. Defendant, AMERICAN EXPRESS COMPANY, is a corporation and citizen of the State of New York with its principal place of business at 200 Vesey Street, Tax Department, New York, New York 10285.

9. AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., AMERICAN EXPRESS CENTURION BANK

CORPORATION, and AMERICAN EXPRESS COMPANY, are collectively doing business as AMERICAN EXPRESS ("AMERICAN EXPRESS"). Plaintiff is currently unaware which entity left messages identifying itself only as "American Express," however all three companies regularly file lawsuits against consumers in Florida state courts.

10. Defendant, NATIONWIDE, regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

11. Defendant, NATIONWIDE, regularly collects or attempts to collect debts for other parties.

12. Defendant, NATIONWIDE, is a "debt collector" as defined in the Fair Debt Collection Practices Act, 15 U.S.C. §1692.

13. Because AMERICAN EXPRESS is the creditor on whose behalf NATIONWIDE placed the calls, it is vicariously liable to Plaintiff with respect to the alleged violations of the TCPA. The Federal Communications Commission has held: "Similarly, a creditor on whose behalf an autodialed or prerecorded message call is made to a wireless number bears the responsibility for any violation of the Commission's rules." FCC, IN THE MATTER OF RULES AND REGULATIONS IMPLEMENTING THE TELEPHONE CONSUMER PROTECTION ACT OF 1991: REQUEST OF ACA INTERNATIONAL FOR

CLARIFICATION AND DECLARATORY RULING, 07-232, ¶10, (2007), ("FCC RUL. 07-232").

## FACTUAL ALLEGATIONS

14. Defendants sought to collect an alleged debt arising from transactions incurred for personal, family or household purposes.

15. Defendant, NATIONWIDE, acting on behalf of AMERICAN EXPRESS, left the following messages on Plaintiff's voice mail on her cellular telephone on or about the dates stated:

March 31, 2011
(inaudible) calling to confirm location information for Ralph Williams. Please contact me at 877-6(inaudible)-7089. An extension to reach me would be 5692. Thank you.

April 7, 2011
(inaudible) calling to confirm location information concerning a Ralph Williams. Please call me at 877-653-7089. An extension to reach me would be 5692. This call is being recorded for quality assurance and other purposes. Thank you.

June 20, 2011
This is (inaudible) calling to confirm a correct location information concerning Ralph Williams. Please call me back at 877-653-7089 extension 5117. This call has been recorded for quality assurance and other purposes.

June 21, 2011
This is (inaudible) I'm calling to confirm a correct location information concerning Ralph Williams. Please call me back at 877-653-7089, extension 5117. This call has been recorded for quality assurance and other purposes.

June 22, 2011

This is (inaudible) I'm calling to confirm a correct location information concerning Ralph Williams. Please call me back at 877-653-7089, extension 5117. This call has been recorded for quality assurance and other purposes.

June 23, 2011
This is (inaudible) I'm calling to confirm a correct location information concerning Ralph Williams. Please call me back at 877-653-7089, extension 5117. This call has been recorded for quality assurance and other purposes.

16.     Defendant, NATIONWIDE, left numerous similar or identical messages on other occasions. At times Defendant placed calls daily, the total of which exceeds 50.

17.     Defendant, AMERICAN EXPRESS, left the following messages on Plaintiff's voice mail on her cellular telephone on or about the dates stated:

August 4, 2011 – Pre-recorded Message
(Inaudible) calling from American Express. I need for you to return my phone call at this toll-free number, 1-866-462-5235. We look forward to speaking to you soon. Again, the number I can be reached at is 1-866-462-5235. Hi. This is (inaudible) calling from American Express. I need for you to return my phone call at this toll-free number, 1-866-462-5235. We look forward to speaking to you soon. Again, the number I can be reached at is 1-866-462-5235.

September 13, 2011 – Pre-recorded Message
1-866-462-5235. we look forward to speaking to you soon. Again the number I can be reached at is 1-866-462-5235. Hi this is Dean (Inaudible) calling from American Express. I need for you to return my phone call at this toll-free number, 1-866-462-5235. We look forward to speaking to you soon. Again, the number I can be reached at is 1-866-462-5235.

September 21, 2011
Hi. This message is for Ralph Williams. This is (inaudible) with American Express. If you could please return my call to 866-462-5235. File number 206631487. Again, the number 866-462-5235. Thank you.

18. Defendant, AMERICAN EXPRESS, left numerous similar or identical messages on other occasions.

19. Ralph Williams is Plaintiff's former husband for whom she has been divorced from for approximately a decade, and Plaintiff is not liable for his debts.

20. Defendants used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

21. None of Defendants telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

22. Defendants willfully or knowingly violated the TCPA.

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

23. Plaintiff incorporates Paragraphs 1 through 22.

24. Defendants placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants, NATIONWIDE CREDIT, INC., AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., AMERICAN EXPRESS CENTURION BANK CORPORATION, and AMERICAN EXPRESS COMPANY for:

   a. Damages;

    b.    a declaration that Defendants' calls violate the TCPA;

    c.    a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of Plaintiff using an automatic telephone dialing system or pre-recorded or artificial voice; and

    d.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Ft. Lauderdale, FL 33339
    Telephone: 954-537-2000
    Facsimile: 954-566-2235
    donyarbrough@mindspring.com

    By: s/ Donald A. Yarbrough
        Donald A. Yarbrough, Esq.
        Florida Bar No. 0158658